UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WINDY LUCIUS,                                                                 Case No. 1:20-CV-23789-CMA

    Plaintiff,

v.

ALI G. INC d/b/a MONTCE SWIM,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant, by and through its undersigned attorney, hereby notifies the Court, pursuant to United States District Court for the Southern District of Florida Local Rule 16.4, that Defendant and Plaintiff have reached a settlement. Counsel for Plaintiff and counsel for defendant are in the process of completing the terms of such settlement. Defendant respectfully requests that the Court dismiss this action without prejudice and administratively close the case for 60 days so that the parties can execute a formal settlement agreement and, when appropriate, file a stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari, Esquire
Florida Bar No. 93243
fmari@bellroperlaw.com
ihaines@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendant