UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-23789-CMA

WINDY LUCIUS,

    Plaintiff,

v.

ALI G. INC. d/b/a MONTCE SWIM,

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Windy Lucius and Defendant Ali G. Inc. d/b/a Montce Swim, by and through their respective undersigned attorneys, hereby file their Joint Stipulation of Dismissal with Prejudice. The parties hereby stipulate to dismissal with prejudice of this matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Except as explicitly provided in the parties' Settlement of All Claims, each party shall bear its own attorney's fees and costs.

Dated: December 4, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Frank Mari* |
| J. Courtney Cunningham, Esq. | Frank M. Mari, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | BELL & ROPER, P.A. |
| FBN: 628166 | FBN: 93243 |
| 8950 SW 74th Court | 2707 E. Jefferson Street |
| Suite 2201 | Orlando, FL 32803 |
| Miami, Florida 33156 | Tel: 407-897-5150 |
| Tel: 305-351-2014 | fmari@bellroperlaw.com |
| cc@cunninghampllc.com | ihaines@bellroperlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ *J. Courtney Cunningham*
J. Courtney Cunningham, Esq.